REBECCA JACOBSON and LOUIS JACOBSON, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, and DOMENICO CIPRIANI and GAETANO CIPRIANI, Doing

Business as COLUMBIA COAL & COKE Co., Respondents.— Action to recover damages for personal injuries and loss of services and medical expenses. Order denying plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements to respondent Brooklyn and Queens Transit Corporation. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.